**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JUL 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



In re: SARAH MARGARET TAYLOR,

        Debtor,

------------------------------

SARAH MARGARET TAYLOR,

        Appellant,

  v.

U.S. BANK NATIONAL ASSOCIATION;
et al.,

        Appellees.

No. 20-60025

BAP No. 19-1165

MEMORANDUM*

In re: SARAH MARGARET TAYLOR,

        Debtor,

------------------------------

SARAH MARGARET TAYLOR,

        Appellant,

No. 20-60026

BAP No. 20-1046

       \*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

v.

ELIZABETH A. KANE, Trustee; et al.,

          Appellees.

Appeals from the Ninth Circuit
Bankruptcy Appellate Panel
Lafferty III, Brand, and Spraker, Bankruptcy Judges, Presiding

Submitted June 26, 2023[**]

Before:     CANBY, S.R. THOMAS, CHRISTEN, Circuit Judges.

Sarah Margaret Taylor appeals pro se from the Bankruptcy Appellate Panel's ("BAP") orders dismissing Taylor's appeals as moot. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo a dismissal based on mootness. *Suter v. Goedert*, 504 F.3d 982, 985 (9th Cir. 2007). We affirm.

In the opening brief, Taylor failed to address the basis for the BAP's dismissal orders, and therefore waived any challenge to the BAP's dismissal orders. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are

---

[**]     The panel unanimously concludes these cases are suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

waived).

We reject as meritless Taylor's contentions relating to standing, fraud, and the doctrine of unclean hands.

**AFFIRMED.**